UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                        )
CHARLES E. ORTEGO, *et al.*,            )    No. C14-1840RSL
                                                        )
                         Plaintiff,             )
        v.                                         )
                                                        )    ORDER DENYING PLAINTIFFS'
LUMMI ISLAND SCENIC ESTATES )    MOTION FOR SANCTIONS
COMMUNITY CLUB, INC., *et al.*,      )
                                                        )
                         Defendant.          )
_____)

This matter comes before the Court on plaintiffs' request for sanctions. Dkt. # 229 at 18-22; Dkt. # 256. Plaintiffs seek sanctions for the repetition of unflattering statements regarding their counsel, for raising arguments and making motions in bad faith (including vexatious requests for sanctions), for discovery abuses, and for filing a motion near the holidays. Plaintiffs also request an order directing defendants to destroy certain photographs taken during a property inspection.

Plaintiffs do not identify the authority under which they seek an award of sanctions or the destruction of evidence acquired during discovery. Even if the Court were to find that certain arguments were frivolous (such as defendants' request for sanctions under Rule 11), plaintiffs provide no assistance in quantifying the harm caused by the conduct of which they complaint. Plaintiffs' request for sanctions is DENIED.

ORDER DENYING PLAINTIFFS'
REQUEST FOR SANCTIONS

1 | Dated this 3rd day of April, 2017.

2 | *[signature]*
Robert S. Lasnik
3 | United States District Judge

ORDER DENYING PLAINTIFFS'
REQUEST FOR SANCTIONS        -2-