The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES E. ORTEGO, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>LUMMI ISLAND SCENIC ESTATES COMMUNITY CLUB, INC., et al.,<br><br>        Defendants. | CASE NO. 2:14-cv-01840-RSL<br><br>**AMENDED** JUDGMENT AGAINST PLAINTIFFS |

**JUDGMENT SUMMARY**

**Judgment Creditors:** LUMMI ISLAND SCENIC ESTATES COMMUNITY CLUB, INC.; MARK R. SEXTON and JANE DOE SEXTON; DOUGLAS CASH and JANE DOE CASH; RONALD C. BAIN and JANE DOE BAIN; LESLIE M. DEMPSEY; PAUL C. DEMPSEY; BRIDGED LOTT and JOHN DOE LOTT; MEREDITH MOENCH; KENT C. NIELSEN and JANE DOE NIELSEN; J. TIMOTHY SLATER and JANE DOE SLATER; and KENNETH SWANSON and JANE DOE SWANSON

**Judgment Debtors:** CHARLES E. ORTEGO; ANNA S. PONOMAREVA; JOHN S. APOLIS; MARCIA APOLIS; VICTOR D. ARMFIELD; CHARLENE BALDRIDGE AS TRUSTEE FOR COKD TRUST; LA PRIEL C. BARNES; BOYD BARRY; MIDANA BILIK-FRANKLIN; GRANT P. BOWERY; ANDREW CHALMERS; JENNIFER L. DUBROW; EDSON A. ENGEL; PATRICIA G. ENGEL; LINDA FENGLER; FISCHER TRUCKING, LLC; STEPHAN R. FREELAN; RUTH GROSS; JOY KRELL; EDWARD EARL LAWSOM; LUMMI ISLAND LAND COMPANY; MARK MECH; LEE G. MUNDSTOCK; RICHARD

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

OWEN; GERALD G. SCHROEDER; HUGH B. SMITH; TERRIE L. SMITH; THOMAS L. WAGGONER; ROSALEE WAGGONER; LOUISE WEBER; and JOHN M. WEBER

**Principal Judgment Amount:**     $0

**Interest Owed to Date:**     $0

**Attorneys' Fees/Costs:**     $24,530.27

**Attorney for Judgment Creditors:**  Jessica L. Goldman, SUMMIT LAW GROUP PLLC

**Attorney for Judgment Debtors:**  Gregory W. Albert, ALBERT LAW PLLC

Principal judgment, attorneys' fees and costs shall bear interest at the legal rate of twelve percent (12%) per annum.

**IT IS SO ORDERED**.

DATED this 23rd day of May, 2017.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

*Presented by*:

SUMMIT LAW GROUP PLLC
Attorneys for Defendants

By *s/ Jessica L. Goldman*
Jessica L. Goldman, WSBA #21856
Philip S. McCune, WSBA #21081
Summit Law Group
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Telephone: (206) 676-7000
Fax: (206) 676-7001
*philm@summitlaw.com*
*jessicag@summitlaw.com*

AMENDED JUDGMENT AGAINST PLAINTIFFS - 2
CASE NO. 2:14-cv-01840-RSL

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001